# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 13, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136656 & (28)

ROSE BOGAERT,
   Plaintiff-Appellant,

v

SECRETARY OF STATE and
WAYNE COUNTY BOARD OF
ELECTIONS COMMISSIONERS,
   Defendants-Appellees,

and

ANDREW DILLON,
   Intervening Defendant-Appellee.

SC: 136656
COA: 285826

_____/

   On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the June 10, 2008 order of the Court of Appeals is considered, and it is DENIED, because the Court is not persuaded that the questions presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 13, 2008

            Clerk

d0613